**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,
    a/k/a Chuco
2. SILVESTRE MAYORQUI RIVERA,
    a/k/a Chikali,

    Defendants.

---

## MINUTE ORDER[1]

---

On **September 14, 2011**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set a hearing defendants' motions to sever. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: September 9, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.