# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,
    a/k/a Chuco, and
2. **SILVESTRE MAYORQUI RIVERA**,
    a/k/a Chikali,

    Defendants.

---

## MINUTE ORDER[1]

---

    Based on the submissions of the government and Mr. Rivera, this order is entered to set and schedule a telephonic setting conference during which the administrative assistant of the court and counsel for the parties shall set a hearing at which to consider the entry of a pretrial scheduling order governing motions practice in this case.

    **THEREFORE, IT IS ORDERED**:

    1. That on **January 5, 2012**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set a hearing on entering a pretrial scheduling order governing motions practice in this case; and

    2. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: December 21, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.