**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00164-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  RICHARD SANTIAGO,
     a/k/a Chuco,

     Defendant.

---

**ORDER APPROVING DEFENDANT SANTIAGO'S PROPOSED
PROTOCOL FOR SETTING PRETRIAL SCHEDULING**

---

**Blackburn, J.**

The matter before me is **Defendant Santiago's Proposed Protocol for Setting
Pretrial Scheduling** [#459], filed November 25, 2011.  The proposal comes in response
to my requirement, entered at the time of the hearing on defendant's motion to sever,
that the parties submit proposed protocols for the setting of pretrial scheduling.  (***See
Courtroom Minutes*** ¶ 5 at 2 [#442], filed November 2, 2011.)  Having reviewed the
submission, I find and conclude that it is well-taken, and should be approved and
adopted.

THEREFORE, **IT IS ORDERED** as follows:

1.  That **Defendant Santiago's Proposed Protocol for Setting Pretrial
Scheduling** [#459], filed November 25, 2011, is **APPROVED** and **ADOPTED**, and that
the proposed deadlines set forth therein shall be **IMPLEMENTED** by the court in a
subsequent order; and

2.  That the **Minute Order** [#469], filed December 21, 2011, is **WITHDRAWN** and

the telephonic motions setting hearing conference set for **January 5, 2012**, at **10:00**

**a.m.**, is therefore **VACATED** and **CONTINUED** without date, pending further order of

this court.

Dated December 28, 2011, at Denver, CO.

BY THE COURT:

Robert E. Blackburn
United States District Judge