# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00164-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. SILVESTRE MAYORQUI RIVERA,
    a/k/a Chikali,

    Defendant.

---

# MINUTE ORDER[1]

---

On December 6, 2012, the court conducted a telephonic setting conference to set oral argument on **Defendant Rivera's Motion To Dismiss For Violation of His Fifth and Sixth Amendment Rights Based on Unnecessary Pretrial Delay and Request For Hearing** [#484] filed February 6, 2012, and an evidentiary hearing/oral argument on **Defendant Rivera's Motion To Suppress Statements & Request For Pre-Trial Hearing** [#495] filed March 6, 2012. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **March 1, 2013**, commencing at 1:30 p.m, the court shall conduct the following:

- oral argument on **Defendant Rivera's Motion To Dismiss For Violation of His Fifth and Sixth Amendment Rights Based on Unnecessary Pretrial Delay and Request For Hearing** [#484] filed February 6, 2012; and

- an evidentiary hearing/oral argument on **Defendant Rivera's Motion To Suppress Statements & Request For Pre-Trial Hearing** [#495] filed March 6, 2012.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

The court reserving the remainder of the afternoon for this hearing; and

      2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: December 7, 2012