IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00164-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. SILVESTRE MAYORQUI RIVERA,
    a/k/a Chikali,

    Defendant.

# ORDER

**Blackburn, J.**

The matter is before me on **Defendant Rivera's Request For Notice of Intent To Introduce Evidence Pursuant To Fed.R.Evid. 404(b)** [#556][1] filed July 6, 2012. I grant the motion.

Mr. Rivera requests reasonable pretrial notice of any evidence the government intends to offer under Fed. R. Evid. 404(b). *See* Motion at 1. Rule 404(b) provides:

> (b) Crimes, Wrongs, or Other Acts.
> (1) Prohibited Uses. Evidence of a crime, wrong, or other act is not admissible to prove a person's character in order to show that on a particular occasion the person acted in accordance with the character.
> (2) Permitted Uses; Notice in a Criminal Case. This evidence may be admissible for another purpose, such as proving motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident. On request by a defendant in a criminal case, the prosecutor must:
> (A) provide reasonable notice of the general nature of any such evidence

---

[1] "[#556]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

that the prosecutor intends to offer at trial; and
(B) do so before trial — or during trial if the court, for good cause, excuses lack of pretrial notice.

Thus, under Rule 404(b)(2)(A) and (B), Mr. Rivera is entitled to reasonable pretrial notice.

Considering the totality of relevant circumstances, pretrial notice and disclosure of 45 days is eminently reasonable. Such advance notice and disclosure will provide Mr. Rivera with a reasonable time and opportunity to prepare to meet such evidence by cross-examination or competing evidence.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Rivera's Request For Notice of Intent To Introduce Evidence Pursuant To Fed.R.Evid. 404(b)** [#556] filed July 6, 2012, is **GRANTED**; and

2. That not later than 45 days before trial, the government shall provide to the defendant reasonable notice of the general nature of any such evidence it intends to introduce at trial under Fed. R. Evid. 404(b).

Dated December 11, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge