# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 1, 2017

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Silvestre Mayorqui Rivera
          v. United States
          No. 16-8510
          (Your No. 15-1228)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.  Justice Gorsuch took no part in the consideration or decision of this petition.

Sincerely,

**Scott S. Harris**, Clerk